```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Stephen Gannon, individually, and on behalf of all others similarly situated,

                Plaintiff,

-against-

486 Ninth Avenue LLC et al.,

                Defendants.

---

1:22-cv-01145 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In accordance with the Case Management Plan entered on April 14, 2022 (ECF No. 17), the parties were to file a joint letter regarding the status of discovery on June 14, 2022. As of the date of this Order, despite the Court's email reminder, the parties have failed to file such letter. The parties shall do so no later than Friday, June 24, 2022. The parties are warned that failure to comply with Court Orders may result in the imposition of sanctions.

**SO ORDERED.**

DATED:    New York, New York
             June 21, 2022

                                                  /s/ Stewart D. Aaron
                                                  STEWART D. AARON
                                                  United States Magistrate Judge