

June 21, 2022

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**Re:** **Joint Letter re: Discovery Status**
Stephen Gannon v. 486 Ninth Avenue LLC, Hudson Yards Wines & Spirits Inc., et al.
Case # 1:22-cv-1145

Dear Judge Engelmayer,

This letter is jointly submitted pursuant to this Court's order dated April 14, 2022 (docket no. 17, the "CMP"), which instructed: " The parties shall file a joint letter regarding the status of discovery on June 14, 2022." The parties apologize for the lateness of this letter.

At the Initial Pretrial Conference held on April 14, 2022 and as reflected in the CMP, the Court decided to strike paragraph 4, Initial Disclosures, and stayed discovery to give the parties an opportunity to explore settlement before incurring further legal fees. We do note that in paragraph 5(ii), 5(iii) and 5(iv) the first round of written discovery were to be exchanged by May 30, 2022. Due to the staying of the initial disclosure deadline, this written discovery has not taken place. In short, no discovery had been conducted by the Parties to date.

It is the intent of the Parties, if they are unable to reach a settlement by the end of July, to circulate a revised proposed amended case management plan to be ordered by the Court and at that time they will begin the discovery process.

**Adam D. Ford**                                              adam.ford@fordhufflaw.com
228 Park Avenue South                                                    (212) 287-5913
New York, New York 10003                                          www.fordhufflaw.com

Re: 486 Ninth Avenue LLC, Hudson Yards Wines & Spirits Inc., et al.
Case # 1:22-cv-1145
Joint Letter re: Discovery Status
June 21, 2022
Page **2** of **2**

        Respectfully Submitted,

**FORD & HUFF LC**

/s/ Adam Ford
Adam Ford (NYB #4115531)
228 Park Avenue South
New York, NY 10036
Telephone: (212) 287-5913
adam.ford@fordhufflaw.com
Attorney for Plaintiff

**KAPLAN & CHUN, P.C.**

/s/ Howard C. Chun
By: Howard C. Chun
610 East 5th Street
New York, NY 10009
(212) 777-0320
howard@kaplanchun.com
Attorney for Defendant
486 Ninth Avenue LLC

**THE KONOPKA LAW GROUP**

/s/ Michael Konopka
By: Michael Konopka, Esq. (MK-0111)
277 Broadway, Suite 810
New York, New York 10007
(212) 385-4800
konopka@mfklaw.com
Attorney for Defendant
Hudson Yards Wines & Spirits, Inc.

cc:    All Counsel of Record (via ECF)

