```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Stephen Gannon, individually, and on behalf of all others similarly situated,

                    Plaintiff,

-against-

486 Ninth Avenue LLC et al.,

                    Defendants.

1:22-cv-01145 (PAE) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      In accordance with the Court's September 22, 2022 Order (ECF No. 22), the parties were to file a joint proposed amended schedule no later than October 6, 2022. As of the date of this Order, despite the Court's email reminder and prior warning that failure to comply with Court Orders may result in the imposition of sanctions (*see* 6/21/22 Order, ECF No. 18), the parties have failed to file such letter. The Court recognizes that Plaintiff's counsel has been recovering from a serious car accident. (*See* 9/21/22 Letter, ECF No. 21). However, that does not excuse Plaintiff's counsel (who, in any event, indicated that he added additional staff to assist him), let alone defense counsel, from complying with the Court's Order. The parties shall file their joint proposed amended schedule no later than Friday, October 14, 2022. Continued failure to comply with Court Orders will result in the imposition of sanctions.

**SO ORDERED.**

DATED:     New York, New York
               October 12, 2022

                                                      /s/ Stewart D. Aaron
                                               _____
                                               STEWART D. AARON
                                               United States Magistrate Judge